**STATE v. SQUIRES**

[346 N.C. 166 (1997)]

STATE OF NORTH CAROLINA v. RODNEY DARYL SQUIRES

No. 484A96

(Filed 9 May 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 124 N.C. App. 231, 477 S.E.2d 97 (1996), affirming the judgment entered by Eagles, J., on 29 June 1995 in Superior Court, Guilford County. Heard in the Supreme Court 14 April 1997.

*Michael F. Easley, Attorney General, by J. Philip Allen, Assistant Attorney General, for the State.*

*Richard M. Dailey, Jr., and A. Wayland Cooke for defendant-appellant.*

PER CURIAM.

AFFIRMED.